■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MURRAY, Appellant. [696 NYS2d 833] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 1, 1999 (*People v Murray,* 258 AD2d 478), affirming a judgment of the County Court, Suffolk County, rendered March 25, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Joy, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY NICHOLAS, Appellant. [696 NYS2d 843] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered May 2, 1997, convicting him of forgery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606).

The appellant has raised no nonfrivolous issues in his supplemental *pro se* brief. Bracken, J. P., Thompson, Goldstein and McGinity, JJ., concur.